IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02632-REB-MEH

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2008.**

    Plaintiff's Motion to Withdraw Motion for Entry of Default by Clerk Pursuant to Fed. R. Civ. P. 55(a) [filed December 31, 2008; docket #6] is **granted**.

    Plaintiff's Motion for Entry of Default by Clerk Pursuant to Fed. R. Civ. P. 55(a) [filed December 29, 2008; docket #5] is hereby **withdrawn**.