IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02632-REB-MEH

GREAT AMERICAN INSURANCE COMPANY,

     Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2009.**

     Defendant's Unopposed Motion to Amend its Answer [filed March 17, 2009; docket #26] is **granted**. The Clerk of the Court is directed to file the Amended Answer found at docket #26-2.