IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  08-cv-02632-REB-MEH | Date:   April 29, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | Natalie M. Lucas |
| | Robert A. Zupkus |
| Plaintiff, | |
| vs. | |
| LEXINGTON INSURANCE COMPANY, | Heather E. Hackett |
| | Jane E. Young |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     9:06 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Forthwith Motion to Compel Setting of F.R.C.P. 30(b)(6) Deposition of Lexington Insurance Company and Request for Expedited Hearing and/or Ruling (Doc. #30, filed 4/16/09).

**ORDERED:**   As stated on the record, Plaintiff's Forthwith Motion to Compel Setting of F.R.C.P. 30(b)(6) Deposition of Lexington Insurance Company and Request for Expedited Hearing and/or Ruling (Doc. #30, filed 4/16/09) is GRANTED in part and DENIED in part.  The Court will allow the depositions to take place.  The depositions shall be completed by **May 20, 2009.**

**Court in recess:**       9:45 a.m.   (Hearing concluded)
**Total time in court:**  0:39