IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02632-REB-MEH

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2009.**

    The parties' Stipulated Protective Order, titled Stipulated Motion for Protective Order on the docket sheet [filed May 4, 2009; docket #42] is **denied without prejudice** for failure to seek relief. The document filed at docket #42 appears to be a proposed order rather than a motion.