IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02632-REB-MEH

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2009.**

    Plaintiff's unopposed Motion for Leave to Serve Expert Disclosures Out of Time [filed June 3, 2009; docket #58] is **granted**. Plaintiff shall serve its Rule 26(a)(2) expert disclosures on or before June 3, 2009.