IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02632-REB-MEH

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2009.**

    The Joint Motion to File Stipulated Protective Order [filed July 2, 2009; docket #86] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.