IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02632-REB-MEH

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2009.**

    In light of the settlement of this matter, Plaintiff's Motion to Amend its Complaint to Request Attorneys' Fees and Costs [filed May 15, 2009; docket #45] and Plaintiff's Renewed Motion to Compel Setting of F.R.C.P. 30(b)(6) Deposition [filed June 1, 2009; docket #53] are **denied as moot**. The parties shall file dismissal papers with the Court **on or before August 10, 2009**.